```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :
RICARDO VELASQUEZ,                :
                                                         :
                                    Plaintiff,      :           1:21-cv-07820-GHW
                                                         :
                      -against-                   :                 <u>ORDER</u>
                                                         :
GOOD THANKS CAFE, LLC and 131   :
ORCHARD SM, LLC,                        :
                                                         :
                                      Defendants.   :
                                                         :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        On September 20, 2021, the Court referred this case for mediation to the Court-annexed Mediation program. Dkt. No. 4. The Initial Pretrial Conference was scheduled for January 6, 2022. Dkt. No. 3. The parties are directed to complete the mediation at least two weeks prior to the Initial Pretrial Conference. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

        SO ORDERED.

Dated: September 21, 2021
New York, New York

                                                     _____
                                                        GREGORY H. WOODS
                                                      United States District Judge